Theodore P. Witthoft (State Bar I.D. No. 021632)
**WITTHOFT DERKSEN, P.C.**
3550 North Central Avenue, Suite 1006
Phoenix, Arizona 85012
Telephone: (602) 680-7332
Facsimile: (602) 357-7476
Email: twitthoft@wdlawpc.com
Attorneys for Trustee, David A. Birdsell

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>DUANE D. H. PITT,<br><br>    Debtor. | Chapter 7<br><br>Case No. 2:22-bk-05046-MCW<br><br>**NOTICE OF TRUSTEE'S SALE**<br><br>**[ESTATE'S INTEREST IN ENTITIES(S)/TRUST(S) HOLDING AN INTEREST IN A 1988 85 FT. BROWARD MOTOR YACHT]** |

  NOTICE IS HEREBY GIVEN, pursuant to Section 363 of the United States Bankruptcy Code, Bankruptcy Rule 6004 and Local Bankruptcy Rule 6004-1, that property belonging to the estate of the above-named debtor, Duane D. H. Pitt ("Debtor") will be sold to the person making the highest and best offer on **August 25, 2023 at 8:30 a.m. (Phoenix time)**. The sale will be conducted telephonically only. Bidders may participate in the sale by connecting to a conference call at the foregoing date and time. The conference call may be accessed by calling: (310) 372-7549, wait for the prompt, then enter access code 831482 and then press #.

  Property to be sold:  The Debtor's interest in Bermuda company Northrock Trust Ltd. ("Company") and The Arthur-Armstrong Trust ("Trust"), which Company and/or Trust is believed to hold an interest in a 1988 85 Ft. Broward Motor Yacht ("Yacht"). The Yacht is more fully described in **Exhibit A** attached hereto.

  Terms of Sale:  Cashier's check within 3 days of sale, payable to "David A. Birdsell, Trustee." The sale is "AS IS, WHERE IS" without any representations or warranties of any kind or nature. The sale is subject to all liens, claims and interests. The Trustee does not know of any liens at this time. There is not an appraisal of the property. Interested parties are expected to conduct their own due diligence.

  All sales are subject to Trustee's final approval. The property to be sold will be conveyed by an Assignment executed by the Trustee.

  The Trustee may establish minimum bidding intervals at the sale in the Trustee's discretion. All bidders will be held strictly liable for any bid

submitted. Each party that places a bid shall provide their name, e-mail and phone upon placing their initial bid. If a party other than the current buyer is the highest bidder and does not close the sale, the Trustee reserves the right to proceed to the next highest bid received and close with that bidder, which will be reflected in the report of sale to be filed by the Trustee.

|  |  |
|---|---|
| To: | SM Financial. |
| Purchase Price: | $2,500.00, or any person making a higher and better offer. The contemplated sale is subject to higher and better bids. The property to be sold will be offered to the person making the highest bid at the sale. |
| Inquiries: | Contact the Trustee's counsel, Theodore P. Witthoft, Witthoft Derksen, P.C., 3550 N. Central Ave., Suite 1006, Phoenix, AZ 85012. Telephone: (602) 261-7101. E-mail: twitthoft@wdlawpc.com |

The prospective buyer is not an insider. All sales are subject to sales tax unless the property being sold is tax exempt or a resale number is used as proof of exemption.

The proceeds from the sale of the property shall be paid directly to the Trustee and retained by the estate. The bankruptcy estate is the only entity known or believed to hold interests in the property to be sold. No compensation will be paid from the sale proceeds. The Trustee is not aware of a formal appraisal of the property to be sold. No motion for stay relief has been filed with respect to the property to be sold.

Any person opposing the sale shall file a written objection with the Clerk of the U.S. Bankruptcy Court, 230 N. First Ave., Suite 101, Phoenix, AZ 85003 and mailed to the Trustee's counsel, Theodore P. Witthoft, Witthoft Derksen, P.C., 3550 N. Central Ave., Suite 1006, Phoenix, AZ 85012. Any such objection must be filed and served within 21 days of the date of this Notice. If a person timely objects in writing and a hearing is requested but has not yet been conducted by the scheduled sale date, bids will still be taken and the sales procedure followed. The closing of the sale will be dependent upon the outcome of the Court hearing on the objection.

Dated: July 27, 2023. **WITTHOFT DERKSEN, P.C.**

By /s/ Theodore P. Witthoft       #021632
   Theodore P. Witthoft
   Attorneys for the Trustee, David A. Birdsell

**THIS SALE NOTICE WAS MAILED TO ALL INDIVIDUALS ON THE DISTRICT OF ARIZONA BANKRUPTCY COURT'S MATRIX MAILING LIST BY THE BANKRUPTCY COURT NOTICING CENTER.**

Particulars of the Vessel:

- Name: Sanctuary
- Registration number: 748914
- Make/Manufacturer: Broward
- Model: Raised Pilothouse Motor Yacht

- Year of manufacture: 1988
- Length: 85 ft.
- Capacity: 10 passengers
- No. of Engine(s): Two (2)
- Engine Type: Caterpillar 3412
- Power: 1000 H.P. each
- Engine number(s): PORT-38513733
  STBD-38513729

# Exhibit A